The next case, number 24-1390, David Dowd-Wright v. Michael Nessinger. At this time, would the counsel for the appellant please come to the podium and introduce himself on the record to begin. May it please the Court, good morning. My name is Amado DeLuca, and I represent Mr. Wright, David Wright, who at the time of this incident was a pre-sentence defendant. He was a federal detainee at the Wyatt Detention Center in Central Falls, Rhode Island. Mr. Wright alleged it was pro se initially when the case was filed, he filed it pro se. Mr. Wright alleged that his First and Fourteenth Amendment rights were violated, and he brought a 42 U.S.C. section 1983 cause of action. As a result of that, because of the actions taken against him by the administrators and the correctional officers at the correctional facilities at the Central Falls Detention Center. Let me just jump to the issue. I'm having trouble here for two reasons. One is, I'm just not quite sure what the best test is or standard is that we should use to try to figure out the answer here of whether the prison officials were acting under color or state law. And then sort of secondary to that is, I wonder if the test depends a little bit on how you frame the question. And do you think you could speak to both of those issues? I'll try. I think the public function test is the best test that would fit this particular case, because there have been a number of cases, including the case that we rely on here, which is Lysedra, which specifically found, and other cases have found, and the U.S. Supreme Court has found, that incarceration of prisoners is a public function. It's a function that is reserved for the state, and in this case, the state of Rhode Island, using its public function of incarceration, created 4554-1. When it created 4554-1, and I understand that there's language in there that suggests it's being created for economic reasons, one of the purposes, and there's also mention in there that if a city or town or municipality was going to utilize this statute, in creating or erecting a prison facility, it had to do so by the end of December, I believe, of 1991, and it had to have a contract with the United States Marshal Service. But that was not the only criteria that was used when that statute was enacted. It did not prohibit, as we know, that other prisoners, whether they're state or prisoners from other states, could be incarcerated in any one of these municipal prisons. For example, once the statute was enacted, so the statute was enacted in 1991, the only municipality that took advantage of the statute was the city of Central Falls, they then created the Central Falls Detention Facility Corporation, which in turn had a board of directors which oversaw that particular corporation, and then they then created another corporation essentially to run the facility itself. But, counsel, it seems to me that the public function test gets you in trouble here. This is not, it's clear from the record that this facility and its subsequent management was not intended to house state detainees, state prisoners. It was always understood, I gather this from the record, that a facility was needed for federal detainees. The state has no responsibility to provide a facility for federal detainees. It might have made sense economically for them to do it, but that's not their responsibility. So it seems to me you get in trouble relying on this public function test. Why does it have to be just that? What about the joint actor nexus test? Wouldn't that get you maybe a little closer to where you want to get if it turns out that the employees are state employees and they're governed by a board that's populated by local officials? Are you relying in part on that as well, the joint actor nexus? Excuse me, yes, we are. I mean, clearly the creation of the statute or the statute allowing the creation of this facility created a nexus between the municipality vis-a-vis the Central Falls Detention Facility and its supervising board and the private corporation that it was eventually contracted with, which is the Cornell Corrections Corporation, to run the facility. But all of the authority that the Central Falls Detention Facility had to run this prison, which was delegated, pursuant to the statute, by the way, delegated to the Cornell Corporation, was contained in 4554-1. And if you go through 4554-1 at SEC and you go to 4554-6, and the subsections there, subsection 20, 21, 22, and so on, it specifically sets forth the powers that the corporation has that is delegated to the Cornell Corporation to run the facility and housing these inmates. I see that. I saw that. Yes, so that suggests at some high level there's some residual authority within the corporation to make decisions about how this place is going to be operated by the contract. Let me ask you this question just so I can get my thinking straight. So Glenny says, I'm quoting it, importantly, the law is clear. In a specific instance a defendant must be either a state actor or a federal actor. He cannot be both. Is that correct? At the moment that we're deciding whether these people violated Mr. Wright's rights under the First Amendment, we have to make a binary choice between they are either federal actors or state actors. I agree. So then I guess where I'm struggling is on the cases in one sense, the way you're describing it, we look at this very high level of generality or at a high threshold and say, well, this is run by the state of Rhode Island, it chose to create it, it chose to let Central Falls do this, and then it allowed Central Falls and the corporation that Central Falls created to make regulations. And that's enough to make them state. And the other line of thinking is, well, no, this is all about a federal detainee brought here by a federal court order to answer for a federal crime under the supervision of the marshal service. The marshal service has made a choice to get this entity, Cornell, to do the work, but it's really the marshals, and that's at a lower level of generality or more on the ground. So how do we decide whether to think about it on the ground or sort of up in the air of the statutes? Because you have to go to the source. The source isn't the federal government or the contract between the marshal service and the correct and the source of what? The source of the authority. The source of the authority for these people to help. But they wouldn't be there absent a contract. I'm sorry? That Mr. Wright would not have been present without a contract in which the marshals, I assume, put a lot of obligations on Cornell by contract on what to do. No, they actually didn't. If you look at the contract. Do we have the contract in the record? There isn't, because this was a 12B6 motion. Isn't that problematic? That's really important. I'm sorry, that the contract, which you're all talking about, which we're all talking about, is not in the record. Right. Isn't that a critical omission? I'm sorry, yes. Originally when this case was appealed to this court, I filed a motion to have the case remanded with another case that I'm handling that I was appointed to in the district court with similar issues to do discovery against the Wyatt Detention Center and this court denied that motion. I agree with you. It's a factual determination. There's a lot of information that isn't before you that should be before you. By all that, just narrow in for me, then, the factual question to be resolved would be what? Whether or not the authority to house these prisoners, this particular prisoner, who is a federal detainee, is derived from the state of Rhode Island as opposed to a contract between the state and the state. The United States Marshal Service. Isn't it inherently both? That's why I asked you whether that statement in Glenny is true. No, because the authority doesn't come from the contract. The Marshal Service can't just contract with anybody and say, we want you to take care of or house federal detainees that are awaiting sentencing or who have been sentenced, whatever the case may be. They have to go to a facility that is authorized either by the Bureau of Prisons or by some other... Why do they have to do that? It seems logical to do that, but why do they have to do that? Because otherwise, you have no authority to house these prisoners. You have no authority to... Well, I assume a federal judge said you are detained and I'm committing you to the custody of the United States Marshal. In fact, I know that. I've seen that happen a thousand times. But the people that are holding him at the Wyatt Detention Center are not deputized. In Glenny, for example, one of the reasons Judge Sullivan, Magistrate Sullivan, analogizes the people at Wyatt Detention Center with other state troopers, for example, that have been deputized. And all of the analogies that she uses, which suggested that police officers and others that are deputized or brought into service to work with federal employees or federal departments become federal, well, essentially, federal agents. And that's not the case here. Council, what do we know from this record about the status of the employees who are working day-to-day in this facility? Are they employees of Cornell? Yes. Do we know that from the record? No. Okay. I asked you, what do we know from the record about the status of the employees? We don't know. Another omission, another gap in the record? Is that correct? Yes. Is that an important omission? Is it important to know the status of those employees? Do they work for Cornell? Are they state employees? Are they employees of Cornell that somehow do also get state benefits? Would that be important to know? I agree with you, Your Honor. Sure it is. I'm going to say that they are employed by Cornell. The employee, the status of these people, it's not in the record, but they are employed by Cornell. Cornell contracted with the Central Falls Department of Corrections, and they hired their own employees pursuant to the statute because of the delegation of authority under that statute. Do you think it also matters for this question what the composition of the people held at the Wyatt are and what it has been over time? For instance, we do know North Carolina state prisoners were held there, but I don't think we know anything else. Have other prisoners held on state charges been held there, for instance? That's not part of the record. We don't know. The only thing we do know, and that's because it's been decided a Superior Court case and a U.S. District Court case makes reference in the facts and finding the facts in a case that there were North Carolina state prisoners who were held there, and there was a contract between Cornell, excuse me, between the municipality and the state of North Carolina. And that's because when the facility was first started, there wasn't enough federal detainees to fill the facility. So they went elsewhere. So obviously... Would it matter to you? So you've relied on the statute and the authorities that that statute provides. Let's assume that the contract between Wyatt and the Marshals says, we, Wyatt, will follow all of the procedures provided to us by the Marshals, and that will define the scope of what we do. If that's what the contract said, would that change your thinking about the case? No. It wouldn't change.  Because the authority that allows the facility to house these prisoners comes from the state, and the prison itself was only promulgated as a result of the statute, 4554-1. So that's why I keep saying that you have to look at the source of the authority as opposed to the contract between the United States Marshals Service and this private contractor. I think my time's up. Thank you. Thank you. Thank you, Counsel. At this time, would Counsel for Nessinger please introduce himself on the record? Thank you. Aaron Weissman, representing the... Let me be unfair to you by asking a question before you even get started. Let me just say that this strikes me as kind of a weird case because we have a district court decision that's just really a text order basically adopting the reasoning in another case. We have decisions out of Rhode Island that have characterized the same facility in different ways, at least in terms of whether we're dealing with federal actors or state actors. And as I think our questions suggested, we seem to have some critical omissions from the record. Putting all that together, why shouldn't we send this back to the district court where there will be an opportunity to fill in gaps in the record and perhaps the district court can explain more fully why it takes the position that it does? It just doesn't seem to me that we're in a position to really make the kind of informed decision that we have to make on this, I think, somewhat difficult issue. Yeah, I certainly appreciate and understand the question, Your Honor, but I think we do have sufficient facts here. We don't have to get into the details of the facts because there's no question that the individuals we're talking about were remanded into the custody of the U.S. Marshal. The warden is holding a pursuant to a federal decision. I've had all those facts. We know those facts. Why is his position wrong that we shouldn't be looking at... Because the test is very clear. Whether a state actor or not turns on assessment of the totality of the circumstances involving consideration of the nature and circumstances of the conduct and the relationship of that conduct to the performance of the duties. And we have a plethora of case law. It's obviously 2025. We have dozens of cases throughout the country almost analogous to this. And in cases where there is some sort of state action, if there's, for example, a municipal detention facility which, you know, is run by the municipality and houses locals and also has a contract with the warden, that's a different story. But when you have a facility such as the Y, which in the statute, and again importantly, I don't... Respectfully, I think my friend left out some of the key provisions in the enabling legislation which talks about entering a contract for the operation of a detention facility with the United States Marshal Services, agreeing with the federal government that was the purpose of this, agreed for economic development, but that's the only house federal detainees. Full stop. By the way, Cornell hasn't had any interaction with the facility since 2007. But in 26 it says, make and promulgate necessary rules and regulations incident to the exercise of power including rules and regulations regarding nutrition, sanitation, safety, discipline, recreation, religious services, et cetera, et cetera. Correct. They have to, in addition to all the stuff they do with the federal government, they have to, the Department of Health comes in and makes sure that the meals are up to par and things like that. But the purpose of the statute and all it does enables it to enter into contracts with the United States government. But what if there was a rule about attending religious service? I'm sorry? What if there was a regulation pursuant to the provision I just read by the state, by Rhode Island, by this corporation that is a function of the state of Rhode Island, and that was the gravamen of Mr. Wright's claim, that the officer is following a rule promulgated by the corporation and that rule violates his First Amendment rights? That seems to me that the state would have been doing that through the corporation's rules. Your Honor, the corporation doesn't promulgate any rules. But you're telling me that. They certainly can. They do not. The only rules, the purpose of the facility is to house federal detainees. Every single person in that facility, and this is undisputed, is a federal detainee. But there were state detainees early on at least. In 1993, for a very short period, there was litigation. I guess at the time it opened, 1993, there was some North Carolina. That would present perhaps an interesting or closer question. Do you think if those North Carolina state prisoners were held at Wyatt, would they have a cause of action under 1983 so they're held on state law? I thought about that. That's a good question, Your Honor. Maybe they'd have an action against the state of North Carolina. Applying the test you suggest we apply here. These individuals are being held pursuant to the United States government, and there's a lot of cases we've cited, about 20 in our papers, which says that when it's a facility that just houses federal detainees, like this facility does, the under color of state law does not apply. These are federal detainees only. But it can't be that simple, counsel. It is a totality of the circumstances test, and just because they are federal detainees in a facility that was built for the purpose, built pursuant to state and local law, built for the purpose of housing federal detainees, immediately you have a mix in the circumstances. You have a mix of state authority serving federal purposes in a facility that may be administered by private employees or perhaps some state employees, some private. I mean, it can't be as simple as federal detainees and facility design for that purpose. It can't be that simple. Well, my brother's already conceded it can only either be federal or state, and he's correct. And we've cited cases to that effect. So if it's either federal or state, these people are being held federally. The close cases, respectfully, Your Honor, again, there are places a lot of them out of the Seventh Circuit, Justice Polson decided them, where there's down in Cook County, and there's a whole bunch of prisoners in there, and there's some prisoners that are being there pursuant to federal government, and there's some that are pursuant to the state or local county. Those are closer cases, and those cases, yes, they're probably Section 1983 cases. But we only either or, and it's a facility built. Why? Why are they? I'm sorry, Your Honor? Why are those cases, under your theory, harder? I mean, if it's a federal detainee in Cook County, and it's clear they're there under an order of the Northern District of Illinois, and there they are, and it's federal, then why is that case harder under your theory? Well, it's a lot harder because obviously there, if the Cook County builds a facility and they're generally housing Cook County inmates, and they also have a contract with the federal government to house federal detainees, that's Section 1983 even pursuant to federal detainees, although the issues come up and it's been argued both ways. But where you just have a facility built to house federal detainees, like here, Browning did not authorize Central Falls to build a detention facility to house Browning State inmates. Zero, nothing. But the reason that that other case is hard is because there are state rules that are being used and enforced on some people. As to some of those inmates, they're acting pursuant to state authorities, and then to some, maybe they're acting through a contract with the marshal service, and that becomes muddled. That's why those cases are hard, right? Respectfully, no. Why are they hard? They're hard because everything about that Cook County facility has to do with Cook County. They work for Cook County. There are the rules of Cook County. The people are sent in there pursuant to judgments of Cook County. Everything is about Cook County. It just so happens that there are a few federal detainees in there as well. There's nothing like that here, Your Honor. This is just a facility built to house federal detainees. Is the Wyatt unique in the way it was created? Are there other facilities just like this? When I looked at the cases, I didn't see anything quite the same. Rhode Island is unique. This is the only facility in the country like this. But we've cited many, many cases where there are county facilities, county facilities and private ones certainly, 100% private ones. They all go, it's not Section 1983. But I think the most analogous cases are where there's a facility which has some contract with the county. Even county-run, some of these cases we've cited, they're county-run facilities and they house federal detainees. No Section 1983. It's very clear because the purpose of these statutes, the purpose of it is to detain people. It is federal action. It has nothing to do with the State of Rhode Island. What Rhode Island did is authorize a municipality to form a separate corporation for the purpose of housing federal detainees. That's federal action. But Mr. DeLuca says that's kind of a big thing, and it kind of is. Were it not for that, we wouldn't be here. Were it not for that, right, the authorizing legislation, we wouldn't be here. But if you take a look at the tests that he proposes, he points to cases, he points to cases dealing with private action tests. If there's a quintessential private party working for the government. Maybe I've asked this already. I guess I'm not satisfied in the fact that the statute also authorizes, separate from the federal government, the state or the corporation created by the state to make rules and regulations. You're telling me there are no rules and regulations. I don't know if that's true or not. That the corporation makes? Yes, the corporation. It says the corporation may make and propagate rules and regulations in the exercise of its powers, including, and it lists all sorts of things that happen in prisons. So that's section 26 of the statute. So if it did create a bunch of rules that said this is how we're going to run WIAT, wouldn't the state's corporation be doing that? No, respectfully, no, because the core function is to detain federal detainees. That's the core function. That doesn't change. The fact that the state of Rhode Island imposes further burdens, for example, like in health, Rhode Island Department of Health. Counsel, who serves on this corporation? I thought that municipal authorities appointed the members of this corporation, which then, as Judge Aframe is pointing out, have the authority to set the rules and regulations that control the operation of the facility. Is that correct? Is that who serves on the corporation? Yes, that is correct, Your Honor. That is 100% correct. Well, there's nothing, yeah, so there's nothing federal about that, right? It's a municipal body appointing the members of the corporation. That's correct. You then can set the rules and regulations that control the operation of the facility. That sounds, that's all state local. There's nothing federal about that. Right, but the purpose of the detention, the reason why they are there, everything having to do with the detention is federal. And again, the cases that are analogous from counties around the country, which we pointed to, all say that in those situations, even where there are local put, ultimately the test is, is it state or is it federal? So if Wyatt made a rule that said, it says one of the things they can make rules and regulations on is the attendance of religious services. And they say, here's a rule for Wyatt. No religious services will be held at this institution. Wyatt made that rule, I'm sorry? Wyatt makes that rule under Section 26 of this statute. It says, this is a rule. We have it. Now, marshals, you can contract with us, but you need to follow our rules. Because this is one of our rules. Who's responsible for the First Amendment violation that then arises that says, that rule is unconstitutional. You need to have religious services. That was created by the state. If there were a rule that was made by the Wyatt about it? Yeah. Who's responsible for that? The federal government is ultimately responsible for that because these are federal detainees. So what test are you applying when you answer that question? We're applying the test that Magistrate Sullivan did in Glenny. Yes. So sort of the totality of the circumstances of the conduct. Yeah, the totality of the circumstances test that this court had pointed to in San Bernardino versus Suarez Cruz. Well, the circumstances and the conduct of the relationship and the conduct and performance of the official duties under that test. I mean, it's definitely, we're not dealing with issues of whether it is a private actor, because it's not private. We recognize that. And it's not a nexus test that Your Honor referenced to because that deals with private actors as well. We're looking at the purpose of the detention here, which everything is federal here. And, again, there's a whole body of case law that supports that. Not in an hour, just got to recognize this is the only situation in which a municipality pursuant to state law has a federal detention facility. But the cases are analogous. And virtually every single case has said that it's federal, not state action. So to get back to my question about those North Carolina defendants, whether they would have a 1983 cuts of action, you would say yes because the purpose of the detention there is state. They'll be the state of North Carolina. I mean, that would be an interesting question. Even though the corporations, in Judge Aframe's question, even though the corporation sets a rule about religious practice, you would focus on the purpose of the detention? That's what the case is focused on. Say there were both federal and state detainees at Wyatt right now. That new rule was enacted. All the state detainees would have a cause of action for religious discrimination. One of the reasons, out of the Seventh Circuit, one of the reasons they like to have a uniform rule because they don't like to have this inmate can sue under Section 1983, this inmate can only sue under federal law. They like to make it uniform. So sometimes they'll say, all right, they can all sue under Section 1983. But in this case, there are no inmates that would be able to sue under Section 1983 as opposed to those who can't sue under Section 1983. Well, there were. Sorry? There were, right? There could be again. You mean if the Wyatt would take North Carolina prisoners? Yeah. Perhaps. So the Seventh Circuit says you can have both because they want a consistent rule. They said that it has to be one. They're not going to have some prisoners able to sue under one, Section 1983, and others can only sue under Bivens, perhaps. And so what drives the one or the other? They just opt for Section 1983. But again, that's where Cook County is running the prison for Cook County prisoners. The state is running the prison? Correct. The state's running the prison. Would you say the federal government's running this prison? The federal government is contracting for the running of this prison, absolutely. But the relationship is between Cornell. Cornell has not been involved, Your Honor, since 2007. Who runs it? Who are the workers? The Central Falls Attention Facility Corporation runs it itself. It has been doing it now for many, many years. So the people that work there work for that corporation? Correct. They work for the corporation. Central Falls Attention Facility. Who are appointed pursuant to a state statute. Correct. That's what they work for. By local officials. Appointed by, correct, Your Honor, ultimately overseen by a board appointed by. So the only relationship with the feds is a contract. And the statute, the enabling statute set up to house federal detainees. The very purpose of the statute, the very reason for his existence. With the state reserving ultimate authority to make the rules? To make certain rules, floor rules. Thank you, Your Honor. Thank you, counsel. That concludes arguments in this case.